COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rahmatullah Basha Syed v. Khadija Masihuddin

Appellate case number:    01-16-00071-CV

Trial court case number:   2014-05013

Trial court:               311th District Court of Harris County

On May 26, 2016, this Court granted the motion by appellant, Rahmatullah Basha Syed, to abate and remand the case for the trial court to enter the requested findings of fact and conclusions of law, which are required when deviating from the standard possession order in the final decree of divorce. *See* TEX. FAM. CODE ANN. §§ 153.258, 153.312(a) (West Supp. 2016); TEX. R. CIV. P. 296. On September 28, 2016, a compliant supplemental clerk's record with the requested findings of fact and conclusions of law, signed by the trial court on September 23, 2016, was filed in this Court.

Accordingly, the Clerk of this Court is directed to **REINSTATE** this case on this Court's active docket. Appellant's brief is **ORDERED** to be filed no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 2, 38.6(a)(1), (d). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                      ☒ Acting individually

Date: <u>October 4, 2016</u>